# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

William D. Pauley,

    Plaintiff,

        v.                                  Case No.  1:07cv292

Commissioner of Social Security,        Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 2, 2008 (Doc. 13).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court find the Magistrate Judge's Report and Recommendation to be correct; and that Plaintiff's Motion for Judgment on the Pleadings and Supporting Brief (Doc. 11) is hereby construed as Plaintiff's Statement of Errors consistent with the General Order Concerning Social Security Appeals dated January 28, 2005.  The Clerk shall administratively terminate Plaintiff's Motion (Doc. 11).

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**[1]. The decision of the Commissioner is **AFFIRMED**. This action is **DISMISSED**.

**IT IS SO ORDERED.**

      *S/Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court

---

[1]